IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BELLE,

    Petitioner,

v.                                          Case No. 1:17cv313-MW/CAS

JULIE L. JONES, Secretary,
Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. This case file, including any service copies, is **TRANSFERRED** to the Middle District of Florida, Jacksonville Division, for all further proceedings. The Clerk shall close the file.

**SO ORDERED on February 8, 2018.**

                                          s/Mark E. Walker            
                                          **United States District Judge**